# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SAMRA HUSKIC** | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 25-2343 |
| | : | |
| **AD EXPRESS TRUCKING LLC** | : | |

## **ORDER**

This 14th day of July, 2025, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Plaintiff's Motion to Remand (ECF 7) is **GRANTED**. The Clerk of Court is directed to **REMAND** this case to the Philadelphia County Court of Common Pleas.

 /s/ Gerald Austin McHugh
United States District Judge